619 A.2d 1060

Edward M. RENO, and Daniel C. Nowak, Jr., individually and as officers of the Garden City Community Association, and on behalf of in excess of 400 property owners and residents in and about the Municipality of Monroeville, Appellees,

v.

MUNICIPALITY OF MONROEVILLE, Washington Alston, Manager, David Palomera, Planning Director, and Margaret Anderson, George Dale, Michael Kelly, Anthony LaGorga and Miles Span, Members of Municipal Council, Appellees,

v.

William PRIN, Evi Prin, Alice G. Prin, Claire Prin Blomquist, and 4004 Monroeville Boulevard, Inc., a Pennsylvania Corporation, Appellants,

v.

Robert L. CARUSO, R. Curtis Waligura, Daniel W. Hess, Joseph R. Kauric, Henry Bertolo, John Pugliano and Norman J. Santori, Intervenors.

Supreme Court of Pennsylvania.

Argued Sept. 23, 1992.

Decided Feb. 17, 1993.

Leonard M. Mendelson, Hollinshed, Mendelson, Bresnahan & Nixon, P.C., Pittsburgh, for William Prin, Alice G. Prin & Claire Prin Blomquist.

Richard A. Ferris, Ferris, DiPaolo & Russo, Pittsburgh, for 4004 Monroeville Boulevard, Inc.

John F. Cambest, Dodaro & Kennedy, Pittsburgh, for Municipality of Monroeville.

Robert V. Mitchell, Monroeville, for intervenors.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The appeal in the above-captioned case is hereby dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this matter.

PAPADAKOS, J., dissents and would reach the merits of the case.